# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN, | CASE NO. 4:11CV3084 |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| FRED BRITTEN, Warden, and ROBERT HOUSTON, Director of the Department of Corrections, | |
| Respondents. | |

This matter is before the court on Petitioner's Motion for Leave to Withdraw Writ for Habeas Corpus, which the court liberally construes as a motion to voluntarily dismiss. (Filing No. 26.) In his Motion, Petitioner requests that the court dismiss his Petition for Writ of Habeas Corpus without prejudice because he "is not knowledgeable on the correct and proper procedure," and because the court has previously denied his requests for appointment of counsel. (*Id.* at CM/ECF p. 1.) Respondents have not objected to dismissal. For good cause shown, the Motion is granted.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion to Withdraw Document (Filing No. 26), construed as a motion to voluntarily dismiss, is granted;

2. This matter is dismissed without prejudice. A separate judgment will be entered in accordance with this Memorandum and Order; and

3. All other pending motions are denied as moot.

DATED this 7th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.